UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **2:21-cv-1540-VAP (MAR)** | Date: July 23, 2021 |
| Title | *Leonardo Magallon v. Bureau of Prisons, et al.* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On February 4, 2021, Leonardo Magallon ("Plaintiff"), proceeding pro se and in forma pauperis ("IFP"), constructively filed[1] a Civil Rights Complaint ("Complaint") pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics ("Bivens"), 403 U.S. 388 (1971). ECF Docket No. ("Dkt.") 1. On March 12, 2021, the Court dismissed the Complaint with leave to amend, granting Plaintiff twenty (20) days to file a First Amended Complaint ("FAC"). Dkt. 8 at 12. On March 23, 2021, Plaintiff constructively filed a First Amended Complaint. Dkt. 10. On May 4, 2021, the Court dismissed the FAC with leave to amend, granting Plaintiff twenty-one (21) days to file a Second Amended Complaint ("SAC"). Dkt. 12 at 17.

On May 28, 2021, Plaintiff constructively filed a Motion for Extension of Time to File a Second Amended Complaint ("Motion"). Dkt. 13. On June 9, 2021, the Court granted Plaintiff's Motion. Dkt. 14. Plaintiff's SAC was due on July 9, 2021.

To date, Plaintiff has not filed a Second Amended Complaint.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by August 13, 2021,** why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b).

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

(1) Plaintiff shall file a Second Amended Complaint that addresses the deficiencies identified in the Court's May 4, 2021 ODLA;
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a Second Amended Complaint; or

---

[1] Under the "mailbox rule", when a pro se prisoner gives prison authorities a pleading to mail to the court, the court deems the pleading constructively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    **2:21-cv-1540-VAP (MAR)**                                          Date:  July 23, 2021

Title    *Leonardo Magallon v. Bureau of Prisons, et al.*

(3) Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer**      eb

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____        _____
*Date*                 *Signature of Attorney/Party*

*NOTE:* ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***