UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     **2:21-cv-1540-VAP (MAR)**                                     Date: September 3, 2021

Title     *Leonardo Magallon v. Bureau of Prisons, et al.*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER RE: JULY 23, 2021 OSC, DKT. 15**

On July 23, 2021, this Court issued an Order to Show Cause ("OSC") ordering Plaintiff to show by August 13, 2021 why this action should not be dismissed for failure to prosecute. ECF Docket No. ("Dkt.") 15. Plaintiff was warned that "[f]ailure to respond to the Court's Order **may** result in the dismissal of the action." Id. (emphasis added).

On August 17, 2021, Plaintiff filed a letter with the Court regarding his Request for an Extension of Time and requesting "the Clerk of Court to revise Plaintiff's request for an extension to file a second amended complaint." Dkt. 16 at 2. It is unclear whether Plaintiff is requesting another extension of time. Rather, Plaintiff appears to seek a correction of the filing dates on the docket. Id. ("[n]ote this transaction was mailed on the same date it was entered, (7-15-2021).").[1] Considering both the delayed filing of the Court's grant of Plaintiff's EOT and Plaintiff's subsequent correspondence with the Court, the Court construes Plaintiff's August 17, 2021 letter as request for an extension of time.

Accordingly, Plaintiff must respond **within thirty (30) days of this Order, by October 4, 2021** with one (1) of the three (3) options listed in the July 23, 2021 OSC:

(1) Plaintiff shall file a Second Amended Complaint that addresses the deficiencies identified in the Court's February 12, 2021 ODLA;
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a Second Amended Complaint; or
(3) Plaintiff may request a voluntary dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a). **The Clerk of Court is directed to attach a Notice of Dismissal form for Plaintiff's convenience**.

Dkt. 15. Plaintiff's failure to comply with this Order **will** result in the dismissal of this Action.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |

---

[1] There appears to have been a significant delay in entering the Court's grant of Plaintiff's EOT request.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____         _____
*Date*                          *Signature of Attorney/Party*

*NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*