UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:21-cv-1540-VAP (MAR)** | Date:  October 26, 2021 |
| Title  *Leonardo Magallon v. Bureau of Prisons, et al.* | |

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) SECOND ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

      On July 23, 2021, this Court issued an Order to Show Cause ("OSC") ordering Plaintiff to show by August 13, 2021 why this action should not be dismissed for failure to prosecute.  ECF Docket No. ("Dkt.") 15.  Plaintiff was warned that "[f]ailure to respond to the Court's Order **may** result in the dismissal of the action."  Id. (emphasis added).  On August 17, 2021, Plaintiff filed a letter with the Court regarding his Request for an Extension of Time and requesting "the Clerk of Court to revise Plaintiff's request for an extension to file a second amended complaint."  Dkt. 16 at 2.  The Court construed this filing as a second Request for Extension of Time, which the Court granted on September 3, 2021, giving Plaintiff thirty (30) days to respond with one (1) of the three (3) options listed in the July 23, 2021 OSC.  Dkt. 17 at 1.

      To date, Plaintiff has failed to reply to the Court's September 3, 2021 Minute Order, which explicitly cautioned that Plaintiff's "failure to comply with this Order **will** result in the dismissal of this Action."  Id.  However, considering both the delayed filing of the Court's grant of Plaintiff's Request for an Extension and Plaintiff's subsequent correspondence with the Court, the Court will give Plaintiff an additional thirty (30) days to reply.  Accordingly, Plaintiff must respond **within thirty (30) days of this Order, by November 25, 2021** with one (1) of the three (3) options listed in the July 23, 2021 OSC:

(1) Plaintiff shall file a Second Amended Complaint that addresses the deficiencies identified in the Court's February 12, 2021 ODLA;
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a Second Amended Complaint; or
(3) Plaintiff may request a voluntary dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).  **The Clerk of Court is directed to attach a Notice of Dismissal form for Plaintiff's convenience**.

Dkt. 15.  Plaintiff's failure to comply with this Order **will** result in the dismissal of this Action.

    **IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | eb |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s). | CASE NUMBER<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


_____         _____
       *Date*                           *Signature of Attorney/Party*


*NOTE:* ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

---

CV-09 (03/10)    **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**