JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO MAGALLON, | Case No. 2:21-cv-1540-VAP (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| BUREAU OF PRISONS, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  December 1, 2021

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge